# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MICHAEL BRISTOL,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN HAMATI, Parole Officer,<br><br>Respondent. | 1:15-cv-00846-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT<br>(ECF No. 7)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 6, 2015, Petitioner filed a motion to amend the petition to name the proper respondent in which he requests that the name of Respondent be changed to Christian Hamati, who is his Parole Officer. Accordingly, Petitioner's motion to amend the petition to name the proper respondent is GRANTED, and the Clerk of Court is DIRECTED to change the name of Respondent to Christian Hamati.

IT IS SO ORDERED.

Dated: __**July 30, 2015**__                              _____
                                                          UNITED STATES MAGISTRATE JUDGE

1